IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REPURPOSED THERAPEUTICS, INC.
D/B/A DEFENDER PHARMACEUTICALS,
INC., a Florida corporation,

        Plaintiff,

vs.                                     CASE NO: 19-CV-00151-T-35-JSS

BOSTON BIOTECH CONSULTANTS, LLC,
a Massachusetts limited liability company,

        Defendant.
_____/

**PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT**

The Plaintiff, Repurposed Therapeutics, Inc. d/b/a Defender Pharmaceuticals, Inc. ("RTI"), through its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 55(b) and Middle District local rule 1.07(b) for a default judgement after clerk's default against the Defendant, Boston Biotech Consultants, LLC ("Boston Biotech") for its failure to timely file any paper in this matter and states as follows:

1.     RTI filed this action on January 21, 2019. Count I is Breach of Contract. The following are the relevant factual allegations:

    (a) RTI and Boston Biotech executed an Independent Contractor Agreement (the "Agreement") where Boston Biotech "will be assisting RTI with a HHS BARDA BAA Response as a White Paper proposal submission ("White Paper") to the Department of Health and Human Services (HHS) Biomedical Advanced Research and Development Authority (BARDA)."

    (b) Pursuant to the terms of the Agreement, which set forth the payment of fees for services rendered, RTI paid Boston Biotech $231,340.25.

    (c) Boston Biotech owes RTI the total sum of $231,340.25 in fees for services rendered pursuant to the terms of the Agreement.

  (d) Boston Biotech has breached the Agreement by submitting a White Paper proposal on behalf of RTI without authorization or approval, and failing to provide the services agreed upon and paid for by RTI.

2. Boston Biotech was properly served with the Complaint on January 23, 2019. Boston Biotech had 21 days to respond to RTI's Complaint. Fed.R.Civ.P.12(a)(1)(A)(i). *Exhibit A*.

3. A two week extension was requested by attorney Luke Bean, one of Boston Biotech's counsel. RTI agreed to extend the time for Boston Biotech to respond to the Complaint until February 26, 2019.

4. On February 18, 2019, attorney Luke Bean stated that he was "asked to stop working on the matter and defense with respect thereto."

5. Boston Biotech failed to respond to RTI's Complaint by February 26, 2019.

6. As of the date of this filing, no answer or other responsive pleading has been received from the Defendant.

7. Rule 55(a), Federal Rules of Civil Procedure states:

> "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and the fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

8. Rule 12, Federal Rules of Civil Procedure, furthermore, requires a defendant to serve an answer or responsive pleading to a complaint within twenty-one (21) days after being served with the summons and complaint.

9. Boston Biotech failed to answer or respond to the Complaint. Accordingly, a Clerk's Default was entered on February 28, 2019. *Exhibit B*.

10. In support of this Motion, RTI submits an Affidavit, which is attached hereto and incorporated herein by reference as *Exhibit C*. Exhibit C identifies Defendant's obligations and failure to perform and further sets forth the specific damages now due and owing to RTI.

11. The Complaint seeks liquidated damages in the amount of $231,340.25, which is the amount RTI paid to Boston Biotech under the Agreement.

12. Because all damages are liquidated, it is unnecessary to put on any additional evidence of damages. *See Mathews Corporation v. Green's Pool Service*, 1991 Fla. App. LEXIS 9422 (Fla. 3d DCA 1991).

**WHEREFORE,** RTI respectfully requests that the Court or Clerk enter a Default Final Judgment of Default against Defendant, Boston Biotech Consultants, LLC, in the amount of $231,340.25.

Dated:  April 25, 2019

/s/ Robert L. Rocke
Robert L. Rocke, Esq.  (FBN 710342)
Email:  rrocke@rmslegal.com
Jonathan B. Sbar, Esq. (FBN 131016)
Email:  jsbar@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, FL  33629
Telephone:  813-769-5600
Facsimile:  813-769-5601
Attorneys for Plaintiff